# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0175
Lower Tribunal No. 20-CA-339-K
_____

**John Baird,**
Appellant,

vs.

**Beyer Holdings, LLC,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Leesfield & Partners, P.A., and Justin Shapiro, and Samson Appellate Law, and Daniel M. Samson, B.C.S., for appellant.

Marlow Adler Abrams & Rotunno, and Phillip Glatzer, for appellee.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Appellant, John Baird, challenges a final summary judgment rendered in favor of appellee, Beyer Holdings, LLC, in his negligence action involving a motorcycle-automobile collision. Having carefully conducted a de novo review, we conclude that material factual issues as to whether overgrown foliage on Beyer's property obstructed Baird's view of the intersection where the accident occurred, in violation of visibility requirements codified in the Code of Ordinances and the Comprehensive Plan of the City of Key West, precluded the grant of summary judgment. See Volusia Cnty. v. Aberdeen at Ormond Beach, L.P., 760 So. 2d 126, 130 (Fla. 2000) (summary judgment orders are reviewed de novo); Serrano v. Dickinson, 363 So. 3d 162, 165 (Fla. 4th DCA 2023) ("Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge, whether he is ruling on a motion for summary judgment or for a directed verdict.") (quoting Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986)).

Reversed and remanded.